**2012–2173. King v. King.**
Medina App. Nos. 11CA0006–M, 11CA0023–M, and 11CA0069–M, 2012-Ohio-5219. This cause came for

further consideration upon the filing of appellee Laura Craig's motion to dismiss memorandum in support of jurisdiction. It is ordered by the court that the motion is denied as moot.